PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00512-CKD |
| | 2:21-po-00015-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER TO VACATE |
| v. | BENCH TRIAL AND SET CHANGE OF |
| | PLEA AND SENTENCING HEARING |
| GEOFFREY D. PEABODY, | |
| | |
| Defendant. | DATE:  July 22, 2021 |
| | TIME:  9:00 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of
record, and defendant, by and through its counsel of record,
stipulate as follows:

1.    By previous order, this matter was scheduled for a bench
trial on July 22, 2021.

2.    Since the status conference, the defendant has agreed to
accept a plea offer in lieu of going to trial.

3.    By this stipulation, the parties now jointly move to vacate
the bench trial on July 22, 2021 and set a change of plea and

sentencing hearing on July 22, 2021 at 9:00 a.m.

IT IS SO STIPULATED.


DATED: July 15, 2021                    PHILLIP A. TALBERT
                                        Acting United States Attorney


                              By:   */s/ Denise N. Yasinow*
                                    DENISE N. YASINOW
                                    Assistant U.S. Attorney


                                    */s/ Linda Allison*
                                    LINDA ALLISON
                                    Assistant Federal Defender
                                    Counsel for Defendant


                          **FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial currently set for July 22, 2021 is vacated and a change of plea and sentencing hearing is set for July 22, 2021 at 9:00 a.m.

FOUND AND ORDERED.

Dated:  July 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE